IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

      Plaintiff,                         No. CIV S-06-2259 FCD DAD P

      vs.

SUPERIOR COURT, et al.,

      Defendants.                   ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee or filed an application to proceed in forma pauperis.

      In his complaint, plaintiff alleges violations of his civil rights by two defendants. The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). A civil action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. See Local Rule 3-120(f). This action will therefore be transferred to the Fresno Division of the court.

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number to be assigned to

5  this case and shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

9  DATED: October 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

13  DAD:13:bb
    hard2259.22

2