IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

        Plaintiff,        CV F 06 1460 LJO WMW P

  vs.                           ORDER TO SHOW CAUSE

L. BISSIG,

        Defendant.

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

        Plaintiff, an inmate in the custody of the California Department of Corrections at Kern Valley State Prison, brings this civil rights action against a judge of the Kings County Superior Court.  Plaintiff claims that he was wrongfully arrested and convicted.

        The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

1        This plaintiff has, on 3 prior occasions, brought civil actions challenging the
2   conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state
3   a claim upon which relief can be granted.  <u>Hardaway v. Money</u>, CV S 01 0458 FCD DAD P;
4   <u>Hardaway v. Wright</u>, CV S 01 0958 GEB DAD P; <u>Hardaway v. State of California</u>, CV S 06
5   0695 MCE PAN.  Plaintiff is therefore not entitled to proceed in forma pauperis unless he
6   alleges facts indicating that he is in imminent danger of serious physical injury.  Plaintiff alleges
7   no such facts in this case.
8        Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why
9   he should not be denied leave to proceed in forma pauperis and directed to pay the filing fee in
10  full.
11  IT IS SO ORDERED.
12  **Dated:   June 1, 2007**            /s/  **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE