IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUPERIOR COURT, et al.,<br><br>    Defendants.<br>_____/ | Case No: 1-06-CV-1460 LJO WMW PC<br><br>ORDER DISREGARDING REQUEST<br>(DOCUMENT No. 16) |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

      On May 7, 2007, plaintiff filed a request/motion for the US Marshal to serve plaintiff's complaint on the named defendants. The court previously ordered advised plaintiff the court would direct the United States Marshal to serve plaintiff's complaint only after the court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants. The court has a large number of prisoner civil rights cases pending before it and will screen plaintiff's complaint in due course.

Accordingly, IT IS HEREBY ORDERED that:

Plaintiff's request/motion filed May 7, 2007, for court clerk to serve his complaint on defendants is DISREGARDED as moot.

IT IS SO ORDERED.

**Dated:   June 8, 2007**                                  **/s/  William M. Wunderlich**
                                                           UNITED STATES MAGISTRATE JUDGE